AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>David Wilson, Anthon Tarless, Paul Beneby, and Wensel Francis<br><br>*Defendant(s)* | Case No. 11-8168-JMH |

FILED by ___JM___ D.C.
MAY 23 2011
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/21/11__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 952 | did import into the United States from any place outside thereof, a Schedule I narcotic controlled substance, to wit: marijuana. |
| 21 U.S.C. § 841(a)(1) | possession with intent to distribute marijuana |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Special Agent Kristine Kibble
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/23/2011__

_____
*Judge's signature*

City and state: __West Palm Beach, Florida__        U.S. Magistrate Judge James M. Hopkins
*Printed name and title*

## AFFIDAVIT

I, Kristine Kibble (hereinafter "Affiant"), a Special Agent with the Drug Enforcement Administration (DEA), being duly sworn, hereby depose and state as follows:

I am a Special Agent with the DEA, Miami Field Division, currently assigned to DEA Enforcement Group 10. I have been employed with the DEA as a Special Agent for approximately twenty one months. I have received specialized training in the investigation of narcotics trafficking as well as the methods used to finance drug transactions and launder drug proceeds. I have also been involved in investigations involving drug possession, distribution, importation, manufacturing and money laundering. Prior to the DEA, I was a United States Federal Air Marshal with the Department of Homeland Security for approximately three years. While with the Federal Air Marshal Service, I received specialized training in counterterrorism, surveillance and law enforcement investigative techniques.

The information contained in this affidavit is solely to establish probable cause for the arrest of David WILSON, DOB 6-10-1979, Bahamian National Anthon TARLESS, DOB: 1-31-1974, Bahamian National Paul A. BENEBY, DOB: 10-11-1991 and Bahamian National Wensel FRANCIS, DOB: 2-20-1977. The information contained in this affidavit has been obtained from my personal observations and information obtained from other officers. The information contained in this affidavit does not contain all facts pertaining to the case, but rather sufficient information to establish probable cause.

In February of 2011, DEA Miami Field Division (MFD) Enforcement Group 10 (EG 10) Agents began investigating the narcotic trafficking activities of David WILSON and a Bahamian Organization out of Freeport, Bahamas that are known to transport large quantities of marijuana and cocaine. Over several weeks, through surveillance and investigation, it was learned that WILSON and his associate Neil PINTARD were renting vehicles from Dollar Rent-a-car on a weekly basis utilizing vouchers in PINTARD'S name that originated from Freeport, Bahamas. The latest vehicle rented by PINTARD was a blue Dodge caravan with FL Tag 617LBA (hereafter referred to as TARGET VEHICLE), rented on May 17, 2011 and due back to Dollar Rent-a-car on May 24, 2011.

On Saturday May 21, 2011 at approximately 8:00pm, Special Agent Kristine D. Kibble and Task Force Officers through surveillance identified that the TARGET VEHICLE was seen heading north on Interstate 95. This route was unusual based on prior surveillance on the TARGET VEHICLE and was outside of their normal parameters. At approximately 8:45pm surveillance followed the vehicle as it took an eastbound exit off of I-95N onto Indiantown Rd in the city of Jupiter, Palm Beach County, FL.

TFO Kevin Vernetti located the vehicle in a dark area parked on the east side of State Highway A1A up against a cluster of sea grape trees just north of Donald Ross Rd in Jupiter, FL. Between 9:30 and 10:00pm, MFD EG10 Agents mobilized on Donald Ross Rd in Jupiter, FL. TFO

Vernetti maintained visual surveillance on the TARGET VEHICLE while it was parked on State Highway A1A.

At approximately 10:00pm, TFO Vernetti passed on information to Jupiter police officers that the TARGET VEHICLE was in the area and the subjects were expected to import approximately 1,000 pounds of marijuana and load it into the TARGET VEHICLE from a vessel en route from Freeport, Bahamas.

At approximately 10:45pm, TFO Vernetti informed TFO Costa and SA Kibble that he observed subjects coming out of the bushes with large bags and opening the trunk of the TARGET VEHICLE causing the interior lights to turn on. TFO Vernetti stated the subjects would only load the vehicle in between passing vehicles, which took several times opening and closing the TARGET VEHICLE rear and side door. TFO Vernetti informed TFO Costa and SA Kibble that the Jupiter Police Officers, in marked police units, were set up at Indiantown Rd, just east of A1A ready to assist in a traffic stop of the vehicle based on information from DEA Enforcement Group 10 Agents.

At approximately 11:00pm, TFO Vernetti informed TFO Costa and SA Kibble that the TARGET VEHICLE was driving northbound on State Highway A1A towards Indiantown Rd. SA Kibble, TFO Costa and other officers headed northbound on A1A in the direction the TARGET VEHICLE was heading. TFO Vernetti informed SA Kibble and TFO Costa that the vehicle had made a left turn, heading westbound on Indiantown Rd. At this point several Jupiter Police Officers, after making visual contact with the TARGET VEHICLE on Indiantown Rd., followed the TARGET VEHICLE westbound. The TARGET VEHICLE continued westbound crossing under I-95 and upon seeing the Jupiter Police marked units, made an abrupt u-turn and continued eastbound at a high rate of speed. The Jupiter Police units activated their emergency equipment and attempted a traffic stop on the TARGET VEHICLE along with SA Kibble, and TFOs Vernetti and Costa.

The TARGET VEHICLE refused to stop for the marked units and in an effort to elude the police, ran all red lights on Indiantown Rd. heading in the direction of where they had come from. Jupiter Police units successfully deployed spiked strips in order to stop the fleeing vehicle and end the pursuit. At the 400 block of A1A, as the vehicle came to a stop due to a flat tire, four black males exited the vehicle in the attempt to flee. Two of the subjects were apprehended immediately while two subjects fled on foot eastbound onto the beach and were apprehended during the use of a K-9 search. Approximately 25 minutes later, all four subjects were in police custody.

A search was conducted on the TARGET VEHICLE and nine large white burlap bags, sitting in plain view, were inside the rear passenger area of the TARGET VEHICLE. Each large white burlap bag contained approximately 10 large compressed bricks of suspected marijuana. The suspected marijuana was field tested by TFO Costa, as witnessed by TFO Vernetti. The field test

resulted in a presumptive positive result for the presence of marijuana. The bags of marijuana were then weighed at the Miami Field Division by SA Kibble and TFO Costa. The total weight of the nine large white burlap bags seized is approximately 600 lbs.

Located approximately half a mile from the scene of arrest a blue and white open fisherman center console vessel with a single outboard was abandoned onshore. On the sand there were notable drag marks from the vessel in the direction of the sea grape trees where TFO Vernetti observed the TARGET VEHICLE parked earlier. Outside the vessel on the beach there were partially emptied containers of fuel, approximately 20-25 gallons each. The keys to the vessel were found in the TARGET VEHICLE during the search incident to arrest. Agents contacted SEA-TOW to recover the vessel and transport it to their headquarters.

WILSON was transported to the Jupiter Police Department in Jupiter, FL while awaiting transportation to Palm Beach Sheriff's Office Detention Center. TARLESS, BENEBY and FRANCIS were transported to Jupiter Medical Center for evaluations on wounds sustained during their apprehension and later transported to Palm Beach Sheriff's Office Detention Center after receiving a medical release.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

KRISTINE KIBBLE, SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION


Sworn to and subscribed before me this 23 day of May 2011.

JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  11- 8168-JMH

IN RE:

CRIMINAL COMPLAINT
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  /s/ Robert H. Waters
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 365483
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel:  (561) 820-8711
Fax: (561) 820-8777
Robert.Waters@usdoj.gov

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8168-JMH

### BOND RECOMMENDATION

DEFENDANT: DAVID WILSON

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Robert H. Waters, Jr.

Last Known Address: _____

What Facility:   Palm Beach County Jail

West Palm Beach, FL

Agent(s):   DEA S/A Kristine Kibble
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8168-JMH

### BOND RECOMMENDATION

DEFENDANT: ANTHON TARLESS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Robert H. Waters, Jr.

Last Known Address: _____

What Facility:   Palm Beach County Jail

West Palm Beach, FL

Agent(s):   DEA S/A Kristine Kibble
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8168-JMH

### BOND RECOMMENDATION

DEFENDANT: PAUL BENEBY

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: Robert H. Waters, Jr.

Last Known Address: _____

_____

_____

What Facility: Palm Beach County Jail

West Palm Beach, FL

Agent(s): DEA S/A Kristine Kibble
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 11-8168-JMH

### BOND RECOMMENDATION

DEFENDANT: WENSEL FRANCIS

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Robert H. Waters, Jr.

Last Known Address: _____

What Facility:   Palm Beach County Jail

West Palm Beach, FL

Agent(s):   DEA S/A Kristine Kibble
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)